IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD NESGODA, | : | No. 3:22cv253 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| CHRISTOPHER ROONEY, individually | : | |
| and in his official capacity as | : | |
| an Officer of the Pennsylvania | : | |
| State Police and THE OFFICE OF | : | |
| DISTRICT ATTORNEY OF | : | |
| SCHUYLKILL COUNTY, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this \_\_9th\_\_ day of May 2024, the Reports and Recommendations of Magistrate Judge Martin C. Carlson (Doc. 23 and Doc. 24) are hereby adopted in part and the motions to dismiss (Doc. 7 and Doc. 12) are **GRANTED** in part. The following counts are **DISMISSED** from the case: Count I, Count IV, Count V, Count VI and Count VIII. The motions to dismiss are **DENIED** in all other respects.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court